[No. 13533-1-III.  Division Three.  June 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL
LAMAS ORONIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 93-1-00032-7, Evan E. Sperline, J., entered
September 7, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, A.C.J., and Schul-
theis, J.

[No. 13720-1-III.  Division Three.  June 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 93-1-50173-0, Duane E. Taber, J., entered
November 9, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, A.C.J., and Schul-
theis, J.

[No. 16377-2-II.  Division Two.  June 14, 1995.]

JOSEPH O. HOOTS, ET AL., *Respondents*, v. RUDY W.
KNABEL, ET AL., *Appellants and* THOMAS J.
KACMARCIK, ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-02313-7, Waldo F. Stone, J., entered July
30, 1992. *Affirmed* by unpublished opinion per Houghton
J., concurred in by Bridgewater and Alexander, JJ.